618 A.2d 394

**Berta TAFFINGER, Appellant,**

v.

**UNEMPLOYMENT COMPENSATION BOARD OF REVIEW.**

Supreme Court of Pennsylvania.

Argued Dec. 9, 1992.

Decided Jan. 7, 1993.

Mark S. Love, for appellant.

Clifford Blaze, Deputy Chief Counsel, Maribeth Milt–Seibert, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, ZAPPALA, PAPADAKOS, CAPPY and MONTEMURO, JJ.

## ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.

LARSEN, J., dissents.